

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:02-M-110-1

| United States Of America | ) | |
|---|---|---|
| | ) | O R D E R |
| vs. | ) | |
| | ) | |
| Hilton Scott, Jr. | | |

On this the 16th day of August, 2007, comes Rick Marshburn, Supervising U.S. Probation Officer, who shows the court that Hilton Scott, Jr. appeared before the Honorable William Norton Mason, U.S. Magistrate Judge, at Wilmington, on March 13, 2002, and upon a plea of guilty to Simple Possession of Marijuana, was placed on supervision for a period of 12 months.

The defendant absconded from supervision on or about April 1, 2002, and his whereabouts are unknown. Efforts by the U.S. Marshal's Service and the U.S. Probation Office to locate the offender have proven unsuccessful.

In spite of this violation, the ends of justice would best be served by vacating the warrant issued on April 30, 2002.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the warrant issued for this defendant be vacated and declared void and supervision terminated in this case.

**IT IS FURTHER ORDERED** that the fine and special assessment imposed on March 13, 2002, are hereby remitted.

This the 12th day of Sept, 2007.

David W. Daniel
U.S. Magistrate Judge